# Exhibit "A"



# Exhibit "B"



Help　Search　History　Titles　Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002130596
Search Results: Displaying 1 of 1 entries

◀ previous　next ▶

Labeled View

*MidAugust2018-Dec132018.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002130596 / 2018-12-13 |
| **Application Title:** | MidAugust2018-Dec132018 |
| **Title:** | MidAugust2018-Dec132018. [Group registration of published photographs. 99 photographs. 2018-08-11 to 2018-12-13] |
| **Description:** | 99 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Tamara Wareka Williams. Address: Schulzenfeldstrasse 11, Adelberg Baden Wuerttemberg 73099, Germany. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-08-11 to 2018-12-13 |
| **Nation of First Publication:** | Germany |
| **Authorship on Application:** | Tamara Wareka Williams; Domicile: Germany; Citizenship: Germany. Authorship: photographs. |
| **Rights and Permissions:** | Tamara Wareka Williams, Schulzenfeldstrasse 11, Adelberg Baden Wuerttemberg 73099, Germany, (617) 894-5082, info@tamarawilliamsproject.de |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2018 (20 photographs): 2S2A9540-p1_Oct32018, 2S2A9406-p2_Oct42018, 2S2A9574-p1_Oct52018, 2S2A0661_Oct62018, 2S2A0905_Oct82018, 2S2A0828_Oct92018, 2S2A5933_Oct102018, 2S2A5808_Oct112018, 2S2A2056_Oct12018, 2S2A5744_Oct122018, 2S2A8363-1_Oct182018, 2S2A2176_Oct22018, 2S2A8657-1_Oct232018, 2S2A8391-1_Oct242018, 2S2A5964_Oct252018, 2S2A5587_Oct262018, |

1/16/2020
Webpage Record View 1

2S2A5839_Oct272018, 2S2A2130-1_Oct282018, 2S2A1721-1_Oct292018, 2S2A2258-1_Oct302018

Published in November 2018 (24 photographs): 2S2A4739-2_Nov202018, CV2S2A0330wm_Nov32018, 21S2A8484-2_Nov302018, 2S2A0225_Nov42018, 2S2A0398_Nov52018, 2S2A0487_Nov62018, 2S2A9427_Nov72018, 2S2A9888_Nov82018, 2S2A9616_Nov92018_, 2S2A1456_Nov102018, 2S2A0057wp_Nov12018, 2S2A1600_Nov132018, 2S2A2003_Nov142018, 2S2A4704-_Nov152018, CarmenSolomons1_Nov192018, _2S2A4452-Nov212018, __2S2A4577_Nov222018, _2S2A4996_Nov232018, _wm_Nov242018, 2S2A7934_Nov252018, 2S2A8265_Nov262018, 2S2A8023_Nov272018, 2S2A7733_Nov282018, 2S2A8224_Nov292018

Published in December 2018 (11 photographs): 12S2A8664-1_Dec42018, 12S2A8321-2_Dec62018, 2S2A6673-1_Dec72018, 2S2A6939-1_Dec82018, 2S2A6931_Dec82018, 2S2A6636-1_Dec92018, 2S2A5489_Dec102018, 2S2A5162_Dec122018, 2S2A4827_Dec122018, 2S2A4980_Dec132018, BridgetSatterlee-Dec132018

Published in August 2018 (18 photographs): 2S2A8087_Aug112018, 2s2a7807_Aug122018, 2S2A3521_v2_Aug132018, 2S2A3713_v2_Aug142018, 2S2A3890_v3_Aug152018, 2S2A2429-1_Aug162018, 2S2A2405-1_Aug172018, 2S2A1896-1_Aug182018, 2S2A6820_Aug192018, 2S2A7514_Aug212018, 2S2A5543-d1_Aug222018, 2S2A5421-Aug232018_, 2S2A5056-d_Aug242018, 2S2A6644-1_Aug272018, 2S2A7143-1_Aug282018, 2S2A6878-1_Aug292018, 2S2A8090-Aug302018, 2S2A7810-Aug312018

Published in September 2018 (26 photographs): 2S2A4889_Sept32018, 2S2A4625_Sept42018, 2S2A6856_Sept82018, 2S2A6830_Sept92018, 2S2A7007_Sept102018, 2S2A1628-p1_Sept112018, 2S2A8174_Sept12018, 2S2A1953-p2_Sept122018, 2S2A1700-p1_Sept132018, 2S2A9310_Sept142018, 2S2A9536_Sept152018, 2S2A9204_Sept172018, 2S2A7456(red)_Sept182018, 2S2A7698_Sept192018, 2S2A7393_Sept202018, 2S2A1282_Sept212018, 2S2A1091-1_Sept222018, 2S2A4221_Sept22018, 2S2A1501_Sept232018, 2S2A8718-1_Sept242018, 2S2A8941-1_Sept252018, 2S2A9070-2_Sept262018, 2S2A5058_Sept272018, 2S2A4689_Sept282018, 2S2A4906_Sept292018_, 2S2A2338_Sept302018

**Names:** Williams, Tamara Wareka



| Save, Print and Email (Help Page) | | |
| --- | --- | --- |
| Select Download Format | Full Record ⬇ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Exhibit "C"





# Exhibit "D"







# Exhibit "E"





